## COMMONWEALTH of Pennsylvania

v.

## Ernest S. HENDRICKSON, Appellant.

Supreme Court of Pennsylvania.

Argued March 8, 1994.

Decided March 30, 1994.

Carl Max Janavitz, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., and Kemal A. Merichi, Asst. Dist. Atty., for appellee.

Prior Report: —— Pa. ——, 629 A.2d 1377.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800,

■

## Edward F. EBERHARDT, Executor of the Estate of Jerome Patterson, and Mildred Patterson, in her own right, Appellants,

v.

## GAF CORPORATION, etc., et al.

Supreme Court of Pennsylvania.

March 31, 1994.

### ORDER

PER CURIAM.

AND NOW, this 31st day of March, 1994, the Order of the Superior Court is affirmed, —— Pa.Super. ——, 638 A.2d 273. See *Gasperin v. GAF Corporation,* No. 50 W.D.Appeal Dkt.1993, —— Pa. ——, 639 A.2d 1170, filed March 30, 1994.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.